BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
MARK S. EISEN (SBN 289009)
meisen@beneschlaw.com
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192

Attorneys for New Albertson's, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT DORFMAN, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ALBERTSON'S, INC., an Ohio corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:17-cv-1659-AG-JCG<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: Sept. 22, 2017<br>Complaint Served: Sept. 26, 2017<br>Current Response Date: Oct. 17, 2017<br>New Response Date: Nov. 16, 2017 |

Pursuant to C.D. Cal. Local Rule 8-3, Plaintiff Robert Dorfman and Defendant New Albertson's, Inc. hereby stipulate to an extension of time to respond to the initial Complaint as follows. Plaintiff filed the Complaint on September 22, 2017 in the United States District Court for the Central District of California, and served New Albertson's on September 26, 2017. Pursuant to Federal Rule of Civil Procedure 12, New Albertson's response is presently due October 17, 2017.

Plaintiff and New Albertson's hereby stipulate to a 30-day extension of time from October 17, 2017 to November 16, 2017 to respond to the initial Complaint in this action.

| | | |
|---|---|---|
| 1 | DATED:  October 12, 2017 | /s/  Mark S. Eisen |
| 2 | | |
| 3 | | Mark S. Eisen (SBN 289009)<br>BENESCH, FRIEDLANDER, |
| 4 | | COPLAN & ARONOFF LLP<br>meisen@beneschlaw.com |
| 5 | | 333 West Wacker Drive, Suite 1900<br>Chicago, IL 60606 |
| 6 | | Telephone:   312.212.4949 |
| 7 | | Facsimile:    312.767.9192 |
| 8 | | |
| 9 | | Attorneys for New Albertson's, Inc. |
| 10 | | |
| 11 | DATED:  October 12, 2017 | /s/  Deval R. Zaveri |
| 12 | | Deval R. Zaveri |
| 13 | | Zaveri Tabb APC<br>402 West Broadway, Suite 1950 |
| 14 | | San Diego, CA 92101 |
| 15 | | dev@zaveritabb.com<br>Telephone:   619.831.6988 |
| 16 | | Facsimile:    619.239.7800 |
| 17 | | Todd D. Carpenter |
| 18 | | Carlson Lynch Sweet Kilpela<br>and Carpenter LLP |
| 19 | | 1350 Columbia Street, Suite 603 |
| 20 | | San Diego, CA 92101<br>tcarpenter@carlsonlynch.com |
| 21 | | Telephone:   619.762.1910 |
| 22 | | Facsimile:    619.756.6991 |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STIPULATION TO EXTEND TIME

**Attestation Pursuant to Local Rule 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By: /s/    Mark S. Eisen